UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sallie Portuondo<br>         Plaintiff,<br>v.<br><br>Cambridge Burrito Corp. d/b/a Boca<br>Grande Restaurant, Boston Burrito Corp.<br>d/b/a Boca Grande Restaurant, and<br>Mariko Kamio<br>         Defendants. | Case No. 05-11268 |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears for **Defendants Cambridge Burrito Corp. d/b/a Boca Grande Restaurant, Boston Burrito Corp. d/b/a Boca Grande Restaurant, and Mariko Kamio** and requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Sanjit S. Korde, Korde & Associates, 321 Billerica Road, Suite 210, Chelmsford, Massachusetts, 01824.

Date: August 16, 2005

> Respectfully submitted,
> Cambridge Burrito Corp. d/b/a Boca Grande
> Restaurant, Boston Burrito Corp. d/b/a Boca Grande
> Restaurant, and Mariko Kamio,
> by their attorney:
>
> _____
> Sanjit S. Korde
> Korde & Associates
> 321 Billerica Road, Suite 210
> Chelmsford, MA. 01824
> Tel: 978-256-1500
> BBO# 636295

**CERTIFICATE OF SERVICE**

I, Sanjit S. Korde, hereby certify that on August 16, 2005, a true copy of the above document was served upon the attorneys of record of all parties to this action via United States mail.

_____
Sanjit S. Korde