UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SALLIE PORTUONDO,                )
                                 )
                Plaintiff,       )
                                 )
          v.                     )
                                 )
BOSTON BURRITO CORP. d/b/a/      )      C.A. No. 05-11268-MLW
Boca Grande Restaurant,          )
CAMBRIDGE BURRITO CORP. d/b/a    )
Boca Grande Restaurant, and      )
MARIKO KAMIO,                    )
                                 )
                Defendants.      )
```

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed
without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    The Clerk shall return the complaint to the undersigned for
     screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2)
     and summonses shall NOT issue pending the completion of
     screening on the merits.

☒    The Clerk shall issue summonses and the United States
     Marshal shall serve a copy of the summons, complaint, and
     this order upon defendant(s) as directed by plaintiff with
     all costs of service to be advanced by the United States.

SO ORDERED.


10/5/2005                        /s/ Mark L. Wolf
DATE                             UNITED STATES DISTRICT JUDGE