UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLIE PORTUONDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE BURRITO CORP.<br>D/B/A BOCA GRANDE RESTAURANT,<br>BOSTON BURRITO CORP. D/B/A<br>BOCA GRANDE RESTAURANT, and<br>MARIKO KAMIO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11268-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO SUBSTITUTE ATTORNEY**

    Plaintiff, Sallie Portuondo, hereby moves to substitute her attorney, Jennifer Lynne Huggins, of Greater Boston Legal Services, with attorney Audrey R. Richardson, also of Greater Boston Legal Services.

                                                                               Respectfully submitted,
                                                                               SALLIE PORTUONDO,
                                                                               By her attorneys,

                                                                               <u>s/Jennifer Lynne Huggins</u>
                                                                               Jennifer Lynne Huggins (BBO # 642252)

                                                                               <u>s/Audrey R. Richardson</u>
                                                                               Audrey R. Richardson (BBO # 630782)
                                                                               Greater Boston Legal Services
                                                                               197 Friend St.
                                                                               Boston, MA 02114
                                                                               (617) 603-1662
                                                                               <u>Arichardson@gbls.org</u>

Dated: December 19, 2005