UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLIE PORTUONDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE BURRITO CORP.<br>D/B/A BOCA GRANDE RESTAURANT,<br>BOSTON BURRITO CORP. D/B/A<br>BOCA GRANDE RESTAURANT, and<br>MARIKO KAMIO,<br><br>    Defendants. | Case No. 05-11268 |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Plaintiff Sallie Portuondo ("Portuondo") and Defendants Cambridge Burrito Corp. d/b/a Boca Grande Restaurant, Boston Burrito Corp. d/b/a Boca Grande Restaurant, and Mariko Kamio (collectively "Boca Grande") submit this Joint Statement to this Court pursuant to Local Rule 16.1 for use at the scheduling conference on May 25, 2006.

**1. Joint Discovery Plan**

The parties jointly propose the following pretrial schedule (while reserving their right to request that this Court modify this schedule at a later point pursuant to Local Rule 16.1(g)):

A. By June 25, 2006, the parties shall produce initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

B. As of July 25, 2006, the parties may begin depositions of fact witnesses.

C. September 25, 2006, shall be the deadline for filing all motions to amend the pleadings.

D. By November 1, 2006, the parties shall complete the service of requests for production of documents and interrogatories.

E. By January 25, 2007, the parties shall complete all depositions of fact witnesses.

F. By February 25, 2007, the parties shall attend a settlement conference.

G. By April 25, 2007, the parties shall complete service of requests for admissions.

H. May 25, 2007, shall be the deadline for filing motions for summary judgment.

I. The parties shall attend a final pretrial conference in July 2007.

J. The trial shall take please in October 2007.

**2. Certification**

Both of the undersigned counsel hereby affirm that they have conferred with their client(s) to discuss the topics listed under Local Rule 16.1(d)(3) and that their client(s) has/have authorized counsel to sign this certification on his/her/its behalf.

Respectfully submitted,

| | |
|---|---|
| Sallie Portuondo,<br>By her attorney, | Cambridge Burrito Corp. d/b/a Boca Grande Restaurant, Boston Burrito Corp. d/b/a Boca Grande Restaurant, and Mariko Kamio,<br>By their attorney, |
| /s/ Audrey R. Richardson<br>Audrey R. Richardson, BBO # 630782<br>Greater Boston Legal Services<br>197 Friend St.<br>Boston, MA 02114<br>(617) 603-1662<br>Arichardson@gbls.org | /s/Sanjit S. Korde<br>Sanjit S. Korde, BBO # 636295<br>Korde & Associates<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824<br>(978) 256-1500<br>Skorde@kordeassoc.com |

Dated: May 22, 2006