UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


SALLIE PORTUONDO
        Plaintiff(s)

   v.                         CIVIL ACTION
                                  NO.  05-11268


CAMBRIDGE BURRITO CORP
        Defendant(s)


ORDER

WOLF, D.J.

    For the reasons stated at the scheduling conference on May 25, 2006, it is hereby ORDERED that:

[X]  1.   The parties shall by JUNE 16, 2006  make the automatic document disclosure required by Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1

[X]  2.   The parties shall by JUNE 16, 2006  make the disclosure authorized by Local Rule 26.1(B)(1) and (2).

[X]  3.   Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by JULY 21, 2006 the status and prospects for settlement.

[X]  4.   A further scheduling/settlement conference, which must be attended by trial counsel and their clients, shall be held on AUGUST 3, 2006 , at 4:00 PM.


                                            By the Court,
                                            DENNIS P. O'LEARY


May 30, 2006                         /s/ Dennis O'Leary
Date                                       Deputy Clerk