UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLIE PORTUONDO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAMBRIDGE BURRITO CORP.<br>D/B/A BOCA GRANDE RESTAURANT,<br>BOSTON BURRITO CORP. D/B/A<br>BOCA GRANDE RESTAURANT, and<br>MARIKO KAMIO, | ) Case No. 05-11268<br>)<br>)<br>)<br>) |
| Defendants. | ) ) |

### JOINT STATUS REPORT

Plaintiff Sallie Portuondo ("Portuondo") and Defendants Cambridge Burrito Corp. d/b/a Boca Grande Restaurant, Boston Burrito Corp. d/b/a Boca Grande Restaurant, and Mariko Kamio (collectively "Boca Grande") submit this Joint Status Report in accordance with this Court's Order of May 30, 2006.

**1. Status of Settlement Discussions**

The parties have reached an agreement in principle to settle this case. The parties still need to draft mutually satisfactory language for the agreement itself but expect to be able to do so.

**2. Scheduling/Settlement Conference**

Given the status of the settlement discussions, the parties request a continuance of the

scheduling/settlement conference currently set for August 3, 2006. Because counsel for the parties have non-overlapping vacation plans during much of late July and August, they ask that the conference be rescheduled for the week of September 11 or September 18, 2006, to ensure enough time to finalize the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| Sallie Portuondo,<br>By her attorney, | Cambridge Burrito Corp. d/b/a Boca Grande Restaurant, Boston Burrito Corp. d/b/a Boca Grande Restaurant, and Mariko Kamio,<br>By their attorney, |
| /s/ Audrey R. Richardson<br>Audrey R. Richardson, BBO # 630782<br>Greater Boston Legal Services<br>197 Friend St.<br>Boston, MA 02114<br>(617) 603-1662<br>Arichardson@gbls.org | /s/Sanjit S. Korde<br>Sanjit S. Korde, BBO # 636295<br>Korde & Associates<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824<br>(978) 256-1500<br>Skorde@kordeassoc.com |

Dated: July 19, 2006